[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-10194
Non-Argument Calendar
_____

D. C. Docket No. 01-07476-CV-AJ

FILED
U.S. COURT OF
APPEALS
ELEVENTH CIRCUIT
JANUARY 17, 2006
THOMAS K. KAHN
CLERK

DALLAS RAY BALDWIN,
a.k.a. Alec Davis,

Plaintiff-Appellant,

versus

CITY OF FORT LAUDERDALE, FLORIDA,
a political subdivision of the State of Florida,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 17, 2006)**

Before TJOFLAT, WILSON and COX, Circuit Judges.

PER CURIAM:

Dallas Ray Baldwin appeals following the grant of summary judgment to City of Fort Lauderdale, Florida ("the City"). Having considered the briefs and relevant parts of the record, we conclude that the City was due summary judgment. The judgment of the district court is, therefore,

**AFFIRMED.**